**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**LUIS JOHN HERNANDEZ-DENIZAC,**
**et al.,**

**Plaintiffs,**

**v.**                                                                 **CIVIL NO. 15-2625 (GAG)**

**KIA MOTORS CORPORATION, et al.,**

**Defendants.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Luis John Hernandez-Denizac ("Hernandez-Denizac"), along with three family members, bring this diversity tort suit against Kia Motors Corporation ("Kia") and TRW Automotive US LLC ("TRW"). On December 19, 2016, TRW moved to dismiss the complaint under Rule 12(b)(2) for lack of personal jurisdiction. (Docket No. 58.) Plaintiff responded in opposition. (Docket No. 60.) This Court referred the motion for Report and Recommendation to Magistrate Judge Bruce McGiverin. (Docket No. 62.)

Upon *de novo* review of the submissions of the parties and the Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation and **GRANTS** TRW's motion to dismiss for lack of personal jurisdiction. Plaintiffs' claims against TRW are hereby **DISMISSED without prejudice**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of July, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge